# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIU GAVRILIUC,<br><br>　　　　Plaintiff,<br>　vs.<br><br>TEKSYSTEMS, INC., a Maryland Corporation; TEKSYSTEMS GLOBAL SERVICES, LLC, a Maryland Limited Liability Company; PERSPECTA ENTERPRISE SOLUTIONS, LLC., a Delaware Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.: 8:19-cv-02492 JLS (DFMx)<br><br>Assigned for all purposes to the *Honorable Josephine L. Staton*<br><br>Courtroom 10A<br><br>**ORDER DISMISSING ACTION** |

# **ORDER**

Having considered Plaintiff Corneliu Gavriliuc's Unopposed Motion for Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED THAT: Pursuant to Federal Rule of Civil Procedure 41(a)(2), the instant action, Corneliu Gavriliuc v. TEKsystems, Inc., et al., Case No. 8:19-cv-02492 JLS (DFMx), is hereby dismissed without prejudice, with each party to bear its own costs.

It is SO ORDERED.

DATED: March 17, 2020

_____
Hon. Josephine L. Staton
United States Distrct Judge